# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Jesus Ramirez Castillo,                                   Civil No. 14-cv-3255 (DSD/TNL)

        Petitioner,

v.                                                        **ORDER**

Jordan Hollingsworth, *Warden*,
and United States of America,

        Respondents.

---

Jesus Ramirez Castillo, Reg. No. 07189-041, Fort Dix New Jersey (F.C.I.), Post Office Box 2000, Fort Dix, NJ 08640 (pro-se Petitioner); and

Ana H. Voss and D. Gerald Wilhelm, Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for Respondent United States of America).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated September 12, 2014 [Docket No. 5], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that that matter is **TRANSFERRED** to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1631.

Date:  October 16, 2014                          s/David S. Doty
                                                              David S. Doty, Judge
                                                              United States District Court